Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-10185-RLJ-13 |
| Joe Bruce McGlothlin | § | |
| | § | |
| DEBTOR | § | |

MOTION TO ALLOW DEBTOR TO SELL PROPERTY
AND APPLICATION FOR ATTORNEY FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEBTOR, Joe Bruce McGlothlin, and files this *Motion to Allow Debtor to Sell Property and Application for Attorney Fees*, and would respectfully show the Court as follows:

1. Debtor's Chapter 13 case was filed on July 24, 2013.

2. Debtor's case is set to be confirmed October 2, 2013.

3. Debtor wishes to sell the commercial property located in Roscoe, Nolan County, Texas, further described as All of Lots One through Six (1-6) and all of Lot Eighteen (18), Block Two (2), Original Town of Roscoe, Nolan County, Texas, including all appurtenances and improvements and fixtures therein, herein after referred to "Commercial Property".

4. Debtor has located a buyer and an agreement has been reached to sell the property for $30,000.00. The Improved Property Commercial Contract is attached to this motion as Exhibit "A".

5. The "Commercial Property" is subject to a property tax lien for the entities of Nolan County, Wes Tex Ground Water, Nolan Hospital District, Roscoe ISD, and City of Roscoe which will be paid in full at closing.

6. Any net proceeds due to Debtor at closing will be paid to Walter O'Cheskey, Standing Bankruptcy Trustee, to be applied to the confirmed Chapter 13 Plan.

7. Debtor requests an order allowing him to sell the "Commercial Property". Debtor further requests the Court award additional attorney fees in the amount of $400.00 to be paid to Monte J. White and Associates, PC at the time of closing as part of the Debtor's closing costs.

WHEREFORE, Debtor prays the Court issue an Order allowing Debtor to sell the "Commercial Property", award attorney fees in the amount of $400.00 to be paid to Monte J. White and Associates, PC at the time of closing, and for such other and further relief to which Debtor may be justly entitled.

Respectfully submitted,

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
(325) 672-9227 Fax

By: /s/Monte J. White
        Attorney for Debtor

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT 306 GEORGE H. MAHON BLDG, FEDERAL COURT HOUSE, 1205 TEXAS AVENUE, LUBBOCK, TX 79401-4002 BEFORE 4:30 P.M. BY TWENTY (21) DAYS FROM THE DATE OF SERVICE HEREOF.

UNDER BANKRUPTCY RULE 9006(A), SERVICE BY MAIL IS COMPLETE UPON MAILING. UNDER BANKRUPTCY RULE 9006(F), THREE (3) DAYS ARE ADDED TO PERIOD FOR ANSWER OR OTHER RESPONSE WHEN SERVICE IS BY MAIL.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion to Allow Debtor to Sell Property and Application for Attorney Fees* was served August 30, 2013, on the following parties by ECF and/or regular First Class mail:

U.S. Trustee
Walter O'Cheskey                          1100 Commerce Street
Standing Chapter 13 Trustee               Room 9C60
6308 Iola Avenue                          Dallas, Texas 75242
Lubbock, Texas 79424

Joe Bruce McGlothlin                       Also, attached Matrix
P.O. Box 217
Roscoe, TX 79545                           /s/Monte J. White
                                           Attorney for Debtor

Label Matrix for local noticing
0539-1
Case 13-10185-rlj13
Northern District of Texas
Abilene
Fri Aug 30 13:29:18 CDT 2013

Highland ISD, Roscoe ISD, City of Roscoe, No
Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Texas National Bank
c/o Forrest McCray
PO Box 2777
Abilene, TX 79604-2777

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

7-11 Auto
207 W. Broadway St.
Sweetwater, TX 79556-4411

Capital Management Services, LP
698 1-2 S. Ogden St.
Buffalo, NY 14206-2317

Central Rolling Plains Coop
102 Pecan St.
Roscoe, TX 79545-3028

Charles Turner Harvey, Jr.
372 FM 2744
Sweetwater, TX 79556-6102

Chase Mht Bk
Attention: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Chrysler Financial-TD Auto Finance
Attention: Bankruptcy
PO Box 860
Roanoke, TX 76262-0860

Citi Bank
P.O. Box 120
Buffalo, NY 14220-0120

City National Bank
Po Box 1031
Colorado City, TX 79512-1031

City of Roscoe
c/o Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Dick Harris
Law Office of Dick Harris, P.C.
P.O. Box 3835
Abilene, TX 79604-3835

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Farm Bureau Bank
17300 Henderson Pass
San Antonio, TX 78232-1663

First Financial Bank
201 Elm St
Sweetwater, TX 79556-4523

Highland ISD
c/o Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Internal Revenue Service
1100 Commerce
MC 5029 DAL
Dallas, TX 75242-1100

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joe Bruce McGlothlin
P.O. Box 217
Roscoe, TX 79545-0217

McCray Law Firm
104 Pine St.
Abilene, TX 79601-5931

(p)MICHAEL REED OR LEE GORDON
PO BOX 1269
ROUND ROCK TX 78680-1269

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

Mr. Kenneth L. Maxwell
115 Eastl Third St.
Sweetwater, TX 79556

Nolan County
c/o Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Nolan County Central Appraisal District
P.O. Box 1256
Sweetwater, Texas 79556-1256

Perdue Brandon Fielder Collins & Mott
Attorneys at Law
PO Box 13430
Arlington, TX 76094-0430

Peter M. Lopez
P.O. Box 367
Sweetwater, TX 79556-0367

Roscoe ISD
c/o Perdue Brandon Fielder et al
PO Box 13430
Arlington, TX 76094-0430

Sams Club - GEMB
Attention: Bankruptcy Department
PO box 103104
Roswell, GA 30076-9104

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Sweetwater Floral
301 E. Ave B
Sweetwater, TX 79556-5225

Sweetwater Regional F.C.U.
P.O. Box 218
Sweetwater, TX 79556-0218

Sweetwater Regional Fc
1900 Preston Rd
Sweetwater, TX 79556-3534

Texas Finance
605 A Lamar St.
Sweetwater, TX 79556-5947

Texas National Bank
P O Box 510
Sweetwater, Texas 79556-0510

Texas National Bank
PO Box 510
Sweetwater, TX 79556-0510

The City National Bank of Colorado City
P. O. Box 1031
Colorado City, TX 79512-1031

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
PO Box 70014
Boise ID 83707-0114

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Michael Reed
McCreary Veselka, Bragg & Allen P.C.
PO Box 1269
Round Rock, TX 78680

Shell Oil - Citibank
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Charles Turner Harvey, Jr.

(d)Joe Bruce McGlothlin
P.O. Box 217
Roscoe, TX 79545-0217

End of Label Matrix
Mailable recipients    44
Bypassed recipients     2
Total                  46